IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| KATHRYN DENISE DAWN § | |
| § | CASE NO. 24-32499 |
| § | |
| DEBTOR § | Chapter 7 |

**MOTION FOR EXTENSION OF TIME TO FILE
SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, STATEMENT OF CURRENT
MONTHLY INCOME, AND CURRENT LIST OF CREDITORS**

COMES NOW, Kathryn Denise Dawn, Debtor in the above-styled and captioned case, respectfully request an extension of time to file the original Chapter 7 Schedules A through J and Summary, Statement of Financial Affairs, Statement of Intent, Chapter 7 Statement of Current monthly income and Means Test Calculation, and related documents (the "Required Documents"), within the 14 days allowed by 11 U.S.C. Section 521(a)(1) and Rules of Bankruptcy Procedure Rule 1007(c) but no later than June 28, 2024; and as a basis for such, would show unto the Court as follows:

1. On May 30, 2024   Debtor completed their credit counseling with Debt Education and Certificate Foundation, an agency approved by the U.S. Trustee pursuant to 11 U.S.C., Sections 109(h) and 111.

2. On May 31, 2024, the Debtor filed a voluntary petition under Chapter 7 of the U.S. Bankruptcy Code without the inclusion of the original schedules, Statement of Intent, statement of Financial Affairs, and Payment Advices (the "Required Documents"). Dkt 1.

3. One June 4, 2024, Debtor's pay advices were filed. Dkt 4.

4. The date to complete the Required Documents is May 31, 2024.

5. Debtor respectfully requests an extension of time to file the original Chapter 7 Schedules A through J and Summary, Statement of Financial Affairs, Statement of Intent, Chapter 7

Statement of Current monthly income and Means Test Calculation, and related documents (the "Required Documents") within the 14 days, but no later than June 28, 2024, and any other and further relief as is justified.

Date: June 14, 2024                                Respectfully submitted,

                                                 /s/ Stuart M. Price
Stuart M. Price
Bar No. 150439 CA
6345 Balboa Blvd. Suite 247
Encino, CA 91316
Phone: (818) 995-4540
Fax: (818) 995-9277
Email: platinum@resolvelawgroup.com
**ATTORNEY FOR DEBTOR**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| KATHRYN DENISE DAWN § | |
| § | CASE NO. 24-32499 |
| § | |
| DEBTOR § | Chapter 7 |

### CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2024, a true and correct copy of the foregoing *MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, STATEMENT OF CURRENT MONTHLY INCOME, AND CURRENT LIST OF CREDITORS* was served on Debtor(s), the U.S. Trustee, Standing Chapter 7 Trustee, Federal Court Clerk and Debtor by US First Class Mail and/or ECF Transmission.

Date: June 14, 2024

Respectfully submitted,

/s/ Stuart M. Price
Stuart M. Price
Bar No. 150439 CA
6345 Balboa Blvd. Suite 247
Encino, CA 91316
Phone: (818) 995-4540
Fax: (818) 995-9277
Email: platinum@resolvelawgroup.com
**ATTORNEY FOR DEBTOR**