IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| KATHRYN DENISE DAWN § | |
| § | CASE NO. 24-32499 |
| § | |
| DEBTOR § | Chapter 7 |

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2024, a true and correct copy of the foregoing *MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, STATEMENT OF CURRENT MONTHLY INCOME, AND CURRENT LIST OF CREDITORS* was served on Debtor(s), the U.S. Trustee, Standing Chapter 7 Trustee, Federal Court Clerk and Debtor by US First Class Mail and/or ECF Transmission.

Date: June 14, 2024

Respectfully submitted,

/s/ Stuart M. Price
Stuart M. Price
Bar No. 150439 CA
6345 Balboa Blvd. Suite 247
Encino, CA 91316
Phone: (818) 995-4540
Fax: (818) 995-9277
Email: platinum@resolvelawgroup.com
**ATTORNEY FOR DEBTOR**