IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| KATHRYN DENISE DAWN § | |
| § | CASE NO. 24-32499 |
| § | |
| § | |
| DEBTOR § | Chapter 7 |

## ORDER ON MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, STATEMENT OF CURRENT MONTHLY INCOME, AND CURRENT LIST OF CREDITORS

On this date, the Court considered the Debtors' Motion for Extension of Time To File Schedules, Statement of Financial Affairs, Statement of Current monthly Income and Current List of Creditors ("The Motion"). The court finds that proper notice has been given to all parties in interest and good cause exists to grant the Motion.

IT IS THEREFORE ORDERED, that the Motion herby is granted, and debtor is granted an extension to file the original Chapter 7 Schedules A through J and Summary, Statement of Financial Affairs, Statement of Intent, Chapter 7 Statement of Current Monthly Income and Means Test Calculation, the Notice to Individual Consumer Debtor, and related documents on or before June 28, 2024.